UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY HARPER | No. 1:25-po- |

**INFORMATION**

The United States Attorney charges:

### COUNT ONE
### (Failure to report motor vehicle accident)

On about August 18, 2025, in the District of Maine, the defendant

**GREGORY HARPER**

did, as the operator of a motor vehicle involved in an accident resulting in property damage, personal injury or death, fail to report the accident to the Superintendent of Acadia National Park as soon as practicable and within 24 hours of the accident, within the boundaries of Acadia National Park, federally owned lands administered by the National Park Service, and on roadways and parking areas within a park area that are open to public traffic and that are under the legislative jurisdiction of the United States.

All in violation of Title 36, Code of Federal Regulations, Section 4.4(a), (c); Title 18, United States Code, Section 1865.

### COUNT TWO
### (Failure to maintain control of a motor vehicle)

On about August 18, 2025, in the District of Maine, the defendant

**GREGORY HARPER**

1

did fail to maintain that degree of control of a motor vehicle necessary to avoid danger to persons, property or wildlife, within the boundaries of Acadia National Park, federally owned lands administered by the National Park Service, and on roadways and parking areas within a park area that are open to public traffic and that are under the legislative jurisdiction of the United States.

All in violation of Title 36, Code of Federal Regulations, Section 4.22(b)(3); Title 18, United States Code, Section 1865.

### COUNT THREE
### (Open container of alcoholic beverage)

On about August 18, 2025, in the District of Maine, the defendant

### GREGORY HARPER

did carry and store a bottle can or other receptacle containing an alcoholic beverage that was open, or had been opened, or whose seal was broken or the contents of which had been partially removed, within a motor vehicle in a park area, within the boundaries of Acadia National Park, federally owned lands administered by the National Park Service, and on roadways and parking areas within a park area that are open to public traffic and that are under the legislative jurisdiction of the United States.

All in violation of Title 36, Code of Federal Regulations, Section 4.14(b); Title 18, United States Code, Section 1865.

Dated: December 1, 2025

ANDREW B. BENSON
UNITED STATES ATTORNEY

*/s/ Alisa Ross*
Alisa Ross
Assistant United States Attorney