## Synopsis
(Information)

| | |
|---|---|
| **Name:** | Gregory Harper |
| **Address:** (City & State Only) | Tremont, Maine |
| **Year of Birth and Age:** | 1984, 41 |
| **Violations:** | **Count 1:** Failure to report motor vehicle accident, 36 CFR § 4.4(a), (c); 18 U.S.C. § 1865<br>Class B misdemeanor<br><br>**Count 2:** Failure to maintain control of a motor vehicle, 36 CFR § 4.22(b)(3); 18 U.S.C. § 1865<br>Class B misdemeanor<br><br>**Count 3:** Open container of alcoholic beverage, 36 CFR § 4.14(b); 18 U.S.C. § 1865<br>Class B misdemeanor |
| **Penalties:** | **Counts 1-3:** Up to 6 months incarceration, and a fine up to $5,000, or both, and up to five years of probation. *See* 18 U.S.C. §§ 1865(a), 3561(c) 3571(b)(6); 36 CFR § 1.3(a). |
| **Supervised Release:** | **Counts 1-3:** Not eligible. *See* 18 U.S.C. §§ 19, 3559(a)(7), 3583(a), (b). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-3:** Not eligible for supervised release. |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-3:** Not eligible for supervised release. |
| **Defendant's Attorney:** | To be assigned. |
| **Primary Investigative Agency and Case Agent Name:** | NPS – Ranger David Smith (ANP) |
| **Detention Status:** | Summons Requested |
| **Foreign National:** | No |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | No |
| **County:** | Hancock |
| **AUSA:** | Alisa Ross |
| **Guidelines apply?   Y/N** | No |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?  Y/N** | No |
| **Assessments:** | $10.00 per count. *See* 18 U.S.C. § 3013(a)(1)(A)(ii). |