## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

GREGORY HARPER

Docket No. 1:25-po-00003-JCN

### GOVERNMENT'S MOTION TO REVIEW AND AMEND RELEASE ORDER

NOW COMES the United States of America, by and through its attorneys, Andrew B. Benson, United States Attorney for the District of Maine, and Alisa Ross, Assistant U.S. Attorney, and hereby moves pursuant to Title 18, United States Code, Sections 3145(a)(1) and 3142(c)(3), to review and amend the conditions of the release order entered by U.S. Magistrate Judge John C. Nivison in this case. (Dkt. # 11.)

On December 9, 2025, the Defendant appeared for an initial appearance with respect to charges of *Failure to Report a Motor Vehicle Accident*, *Failure to Maintain Control of a Motor Vehicle*, and *Open Container of Alcoholic Beverage*. (Dkt. # 1, 9.) At that hearing, the Court entered an order setting conditions of release, which included conditions that the Defendant not violate any state laws while on release and not use alcohol at all. (Dkt. # 11.)

On February 2, 2026, the Government learned from the U.S. Pretrial & Probation Office that the Defendant had been arrested on January 31, 2026, by the Southwest Harbor Police Department ("SHPD") and charged by the State with Criminal Mischief and Violation of Conditions of Release. According to a police report, on January 31, at about 4:49 p.m., Officer Graham with the SHPD responded to a report that the Defendant had smashed his spouse's (or ex-spouse's) windshield in Tremont, Maine. Through a law enforcement check, the officer learned that the Defendant was on two

sets of state bail conditions prohibiting him, respectively, from having contact with his spouse (or ex-spouse) and from using alcohol.  When the officer arrived on scene, he observed that the passenger side of the windshield had been shattered.  The officer located the Defendant in the nearby area laying in the snow off the side of a road and observed that the Defendant was highly visibly intoxicated – the Defendant's speech was very slurred, he smelled of intoxicating beverages, and his eyes were red and glossy. According to the report, the Defendant refused to comply with commands to stand up or walk to the road, so the officer had to maneuver and drag him to the road through deep snow, leading the officer to fall at one point in a ditch.  The officer was able to arrest the Defendant and place him in a cruiser.  During transport, the Defendant repeatedly yelled and kicked the partition in the cruiser.

The Government understands that the Defendant has been charged by the State with Criminal Mischief and Violation of Conditions of Release.  Further, the Government has learned that the Defendant had an initial appearance on February 2, 2026, in state court and was held without bail.  The Defendant remains in state custody at the Hancock County Jail.

Pursuant to Title 18, United States Code, Section 3145(a)(1), the Government may file a motion requesting that the Court review a bail order.  Additionally, pursuant to Title 18, United States Code, Section 3142(c)(3), the Court may amend an order setting conditions of release at any time to impose different or additional conditions.

Given the circumstances on January 31, including the Defendant's arrest for new criminal charges and his use of alcohol, the Government respectfully asks that the Court schedule this motion for hearing and impose additional conditions of release.  While the

Defendant remains incarcerated on the State matter, the Government is asking the Court to review and amend his conditions in the event he is released from state custody.

The Government respectfully submits that additional conditions are necessary to ensure the safety of others and the community.

Dated at Bangor this 3rd day of February, 2026.

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

*/s/ Alisa Ross*
Alisa Ross
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, I electronically filed the Government's Motion to Review and Amend Release Order with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Kurt Peterson, Esq.

Andrew B. Benson
United States Attorney

**/s/ Alisa Ross**
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373

4